**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00539-CV

## IN THE INTEREST OF A.R.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09646**

## ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court case number DF-13-09646 (330th District Court of Dallas County, Texas), containing the following document:

• The court's charge and the jury's verdict.

The clerk shall file the supplemental clerk's record **within 14 days** from the date of this Order.

We **DIRECT** the clerk of this Court to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and counsel for all parties.

/s/ ROBERT M. FILLMORE
PRESIDING JUSTICE